Certificate Number: 00437-PAM-DE-035407780

Bankruptcy Case Number: 21-00139


00437-PAM-DE-035407780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2021, at 3:55 o'clock PM MST, Debra Berrier completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 27, 2021

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor