United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                        Case No. 21-00139-HWV

Debra K. Berrier                                                        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                              User: admin                                              Page 1 of 2

Date Rcvd: Apr 26, 2021                                   Form ID: 318                                        Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra K. Berrier, 3720 Scotland Main Street, Chambersburg, PA 17202-9768 |
| 5386675 | + | CCB/Dental First, P O Box 182120, Columbus, OH 43218-2120 |
| 5386676 | + | Chambersburg Diagnostic Imaging, 462 Gateway Ave, Chambersburg, PA 17201-7351 |
| 5386677 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5386680 | | Credit Management Co, PO Box 2300, Pittsburgh, PA 15205 |
| 5386681 | | F&M Bank and Trust, 870 Norland Ave, Chambersburg, PA 17201 |
| 5386682 | | Flagstar Bank, 5171 Corporate Drive, Troy, MI 48098 |
| 5386683 | | Keystone Health Center, 755 Norland Ave, Ste 200, Chambersburg, PA 17201 |
| 5386686 | + | Mariner Finance, 981 Waynes Ave, Ste 42, Chambersburg, PA 17201-3895 |
| 5386687 | + | Medical Diagnostic Laboratories LLC, 2439 Kuser RD, Trenton, NJ 08690-3303 |
| 5386690 | + | Pyramid Healthcare, PO Box 3475, Toledo, OH 43607-0475 |
| 5386692 | + | Rickart Collection Systems Inc, P O Box 7242, North Brunswick, NJ 08902-7242 |
| 5386693 | | Steward Financial Svcs, 499 Old Kings Hwy, Maple Shade, NJ 08052 |
| 5386694 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5386695 | + | Sunrise Credit Svcs Inc, P O Box 9100, Farmingdale, NY 11735-9100 |
| 5386697 | + | Waste Connections, PO Box 399, Scotland, PA 17254-0399 |
| 5386698 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 26 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386673 | + | EDI: CAPITALONE.COM | Apr 26 2021 22:53:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5386674 | + | EDI: CAPITALONE.COM | Apr 26 2021 22:53:00 | Capital One /Wal Mart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5386678 | + | EDI: WFNNB.COM | Apr 26 2021 22:53:00 | Comenity Bank/ Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 5386679 | + | EDI: WFNNB.COM | Apr 26 2021 22:53:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5386684 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2021 18:56:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5386685 | + | EDI: RMSC.COM | Apr 26 2021 22:53:00 | Lowes/Sychrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 5386688 | + | EDI: AGFINANCE.COM | Apr 26 2021 22:53:00 | One Main Financial, 204 S Potomac St, Waynesboro, PA 17268-2622 |
| 5386689 | + | Email/Text: bankruptcy@patriotfcu.org | Apr 26 2021 18:56:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5387593 | | EDI: PENNDEPTREV | Apr 26 2021 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| | | | |
|---|---|---|---|
| 5387593 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2021 18:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5386691 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2021 19:08:26 | Resurgent Capital Services, P O Box 10390, Greenville, SC 29603-0390 |
| 5386696 | + EDI: RMSC.COM | Apr 26 2021 22:53:00 | SYNCB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 5386815 | + EDI: RMSC.COM | Apr 26 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Michael John Csonka | on behalf of Debtor 1 Debra K. Berrier office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Debra K. Berrier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3040<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:21–bk–00139–HWV | | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra K. Berrier

4/26/21

**By the court:**

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**